# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Nikki Millsap, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 5:11-cv-00071-RLV -DCK |
| AmSher Collection Services, Inc., | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: July 27, 2011

Respectfully submitted,    By __/s/ Stacie Watson_____

Stacie Watson, Esq. (Bar No.: 23890)
Law Office of Stacie Watson.
P.O. Box 1412
Apex, North Carolina 27502
Telephone: (919) 522-6128
Facsimile: (919) 439-5308
Email: swatsonattorney@bellsouth.net
Attorneys for Plaintiff

Of Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of North Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Stacie Watson

Stacie Watson, Esq.