IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Nikki Millsap, | : <br> : <br> : |
| Plaintiff, | : Civil Action No.: 5:11-cv-00071-RLV -DCK <br> : <br> : |
| v. | : <br> : |
| AmSher Collection Services, Inc., | : <br> : |
| Defendant. | : <br> : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Plaintiff, Nikki Millsap, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: August 23, 2011

Respectfully submitted,

By: /s/ Stacy Watson

Stacie Watson, Esq. (Bar No.: 23890)
Law Office of Stacie Watson.
P.O. Box 1412
Apex, North Carolina 27502
Telephone: (919) 522-6128
Facsimile: (919) 439-5308
Email: swatsonattorney@bellsouth.net
Attorneys for Plaintiff

Of Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250

Facsimile: (877) 795-3666

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 23, 2011, a true and correct copy of the foregoing Notice of Dismissal was served electronically by the U.S. District Court for the Western District of North Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

              By _/s/ Stacie Watson_____

                Stacie Watson